**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000698
10-FEB-2020
10:00 AM**

NO. CAAP-17-0000698

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CAROLYN L. RITCHIE, Plaintiff-Appellant, v.
STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY; and NEAL
WAGATSUMA, in his official capacity as Warden of the Kauai
Community Correctional Center, Department of Public Safety,
State of Hawai'i, and in his individual capacity;
DOE DEFENDANTS 1-10, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 14-1-0015)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Fujise, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal
(Stipulation), filed January 29, 2020, by Defendants-Appellees
State of Hawai'i, Department of Public Safety; and Neal
Wagatsuma, in his official capacity as Warden of the Kauai
Community Correctional Center, Department of Public Safety, State
of Hawai'i, the papers in support, and the record, it appears
that (1) the appeal has been docketed; (2) the parties stipulate
to dismiss the appeal with prejudice and bear their own
attorneys' fees and costs; (3) the stipulation is dated and
signed by all parties or counsel for all parties appearing in the

appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, February 10, 2020.


Presiding Judge


Associate Judge


Associate Judge